ST. LOUIS CORDAGE CO. v. MISSOURI, K. & T. RY. CO. (Circuit Court of Appeals, Eighth Circuit. January 17, 1907.) No. 2,494. In Error to the Circuit Court of the United States for the Eastern District of Missouri. W.

D. & Davis Biggs and David Goldsmith, for plaintiff in error.    Geo. P. B. Jackson, for defendant in error.

PER CURIAM.    Reversed, at costs of plaintiff in error, on authority of Francisco v. Chicago & Alton Railroad Co. (C. C. A.) 149 Fed. 354, and remanded, with directions to dismiss the cause without prejudice.